

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| RAUL ROMO, JR., | § | No. 08-16-00274-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D01613) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **March 27, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Louis Elias Lopez, Jr., Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 27, 2017.

IT IS SO ORDERED this 21st day of March, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.